# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| CATHY A. HANEY,<br><br>Petitioner<br><br>v.<br><br>WORKERS' COMPENSATION APPEAL BOARD (COMMONWEALTH OF PENNSYLVANIA, MILITARY AND VETERANS AFFAIRS AND INSERVCO INSURANCE SERVICES, INC.),<br><br>Respondents | : No. 155 WAL 2019<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the<br>: Commonwealth Court<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| CATHY A. HANEY,<br><br>Petitioner<br><br>v.<br><br>WORKERS' COMPENSATION APPEAL BOARD (COMMONWEALTH OF PENNSYLVANIA, MILITARY AND VETERANS AFFAIRS AND INSERVCO INSURANCE SERVICES, INC.),<br><br>Respondents | : No. 156 WAL 2019<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the<br>: Commonwealth Court<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.